UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:24- CR-00653 |
| | ) | |
| | ) | DEFENDANT'S POTENTIAL |
| vs. | ) | WITNESS LIST |
| | ) | |
| DON MICHAEL RYNN | ) | |

    The Defendant, by and through his undersigned attorney, provides notice of the following potential witnesses that could be called at trial:

1. Christopher Robinson, Investigator – Federal Public Defenders Office, Charleston
2. Ocean Ashley Cook (nee Rynn)

                                                  Respectfully Submitted,

                                                  */s/ Brendan M. Daniels*
                                                  Brendan M. Daniels
                                                  Assistant Federal Public Defender
                                                  145 King Street, Suite 325
                                                  Charleston, SC 29402
                                                  Attorney ID#14286

March 10, 2025