UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:24- CR-00653 |
| | ) | |
| | ) | DEFENDANT'S BASIS FOR |
| vs. | ) | OBJECTIONS TO GOVERNMENT |
| | ) | EXHIBITS |
| DON MICHAEL RYNN | ) | |

The Government and Defense met on or about February 26, 2025, to meet and mark exhibits. While many of the exhibits were agreed to, the Defense objected to several items; specifically, items: 2A to 2F; 9; 11, and 12. The Defense provides notice to the basis of objections below.

Please note, the Defense does not intend to object to the Government's Exhibit 13.

### Government's Exhibits 2A to 2F

These items are historic trip reports that the Defendant completed for the F/V Maximum Retriever prior to March 27, 2023. The Defendant objects to these as not relevant to the current charge under Fed. R. Evid. 401. The Defense also objects under Fed. R. Evid. 403 in that such extraneous information could mislead jurors into analyzing previous catch data.

### Government's Exhibit 9

This is a U.S. Coast Guard "MISLE Incident Investigation Report" regarding a sheen on Jeremey Creek that was attributed to the F/V Sea Hawk on March 29, 2023. The Defense objects to the report under Fed. R. Evid. 401 as not relevant to the incidents on March 27, 2023. The Defense also objects under Fed. R. Evid. 403 as prejudicial as the narrative of the report comments on interactions with the Defendant and passing commentary judgements throughout.

### Government's Exhibit 11

Exhibit 11 is the dispatch report from South Carolina Department of Natural Resources (SCDNR) regarding the anonymous tip call on March 27, 2023. The Government has redacted the report since the meeting in February.

The Defense originally objected to this as part of the opposition to Exhibit 12 (below). The Defense continues to object to the documentation of the call as not relevant under Fed. R. Evid. 401 and unnecessary cumulative evidence under Fed. R. Evid. 403.

### Government's Exhibit 12

Exhibit 12 is the audio recording of the SCDNR call documented in Exhibit 11. The Government acknowledged the Court's ruling against its admissibility (*see* Dkt. #53) but has declined to remove it from its exhibit list.

The Defense continues to object to it for the reasons outlined in its Motion In *Limine* (Dkt. #41) and those described by this Court's order granting the Defense's motion (Dkt. #53).

Respectfully Submitted,
*/s/ Brendan M. Daniels*

Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29402
Attorney ID#14286

March 11, 2025