# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| United States of America, | Case No. 2:24-653-RMG |
|---|---|
| v. | |
| Don Michael Rynn, | **VERDICT** |
| Defendant. | |

We, the jury, unanimously find beyond a reasonable doubt as follows:

1. In regard to the charge that Defendant Don Michael Rynn knowingly and willfully made a materially false statement and representation on a trip report submitted to the National Oceanic and Atmospheric Administration's Southeast Fisheries Science Center on or about April 19, 2023, we find Defendant Ryan:

    __X__ Guilty                           _____ Not Guilty

    *Proceed to Question No. 2.*

2. In regard to the charge that Defendant Don Michael Rynn knowingly and willfully made a materially false statement and representation to an agent employed by the National Oceanic and Atmospheric Administration on or about October 30, 2023, we find Defendant Rynn:

    __X__ Guilty                           _____ Not Guilty

    *Proceed to Question No. 3.*

1

3. In regard to the charge that Defendant Don Michael Rynn knowingly created and submitted a false report to the National Oceanic and Atmospheric Administration on or about April 19, 2023 with the intent to impede, obstruct, and influence the proper administration of a matter within the jurisdiction of a department or agency of the United States Government, we find Defendant Rynn:

✗  Guilty                                                                 ____  Not Guilty

*Your foreperson should sign and date the Verdict and advise the court security officer that the jury has completed its deliberations.*

March 20, 2025

